# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net

FILED
2010 JAN 22 PM 2:06

CLERK
NORTHERN DISTRICT COURT
OF OHIO
CANTON

January 20, 2010

United States Bankruptcy Court
Attn: Clerk
201 Cleveland Avenue SW
Canton, Ohio 44702

Re: In re Libertore, Case No. 07-63920

Dear Clerk:

Enclosed please find check no. 1010 for unclaimed funds in the above mentioned case.

| Amount | Creditor Name | Creditor Address |
|---|---|---|
| $27.02 | Lancer Management Company Inc. | c/o Dawn Bonnett, Esq.<br>Gallagher Sharp<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115 |

Very truly yours,

Anthony J. DeGirolamo
aw

Anthony J. DeGirolamo

---

UNITED STATES
BANKRUPTCY COURT

Northern District of Ohio
Canton Division

R1 — 00060485 — SESHE

January 22, 2010 14:08:37

Code     Case #     Qty     Amount
UF - UNCLAIMED FUNDS
    07-63920     1P     $27.02CK
Debtor - LIBERTORE

TOTAL —     $27.02
TEND —       27.02
CHANGE—       0.00

FROM: ANTHONY J DEGIROLAMO
    COURTYARD CENTRE STE 625
    116 CLEVE AVE NW  330-588-9700
    CANTON OH  44702